U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 FEB 12 AM 9: 24

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTOPHER ROBIN MARCHESE-SANTOS, <br>     Plaintiff, <br><br> v. <br><br> STATE OF VERMONT D.C.F., et al., <br>     Defendants. | No. 2:25-cv-00758 |

## ORDER OF DISMISSAL

On December 4, 2025, the court granted Plaintiff Christopher Robin Marchese-Santos's Application to Proceed *in Forma Pauperis*. (Doc. 3.) His proposed Complaint, however, was dismissed following a review under 28 U.S.C. § 1915(e)(2)(B)(ii). *Id.* Plaintiff was provided the opportunity to file a proposed Amended Complaint on or before January 9, 2026. *Id.* at 6. Plaintiff was warned that if he failed to file within the time allowed the court would dismiss his claims. *Id.*

Because Plaintiff did not file a proposed Amended Complaint by January 9, 2026, this case is DISMISSED. The Clerk of Court is directed to close the case file. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 12th day of February 2026.

Mary Kay Lanthier, District Judge
United States District Court